**Order filed June 4, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00297-CV

_____

## IN RE L. CHARLES MONCLA, JR., J. CLARKE LEGLER, II, WILLIAM RESTREPO, DANIEL T. LAYTON, LAYTON CORPORATION, PLATINUM ENERGY HOLDINGS, INC., AND PLATINUM ENERGY SOLUTIONS, INC., Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
234th District Court
Harris County, Texas
Trial Court Cause No. 2012-30972**

## ABATEMENT ORDER

On April 21, 2014, relators, L. Charles Moncla, Jr., J. Clarke Legler, II, William Restrepo, Daniel T. Layton, Layton Corporation, Platinum Energy Holdings, Inc., and Platinum Energy Solutions, Inc., filed a petition for writ of

mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221. In the petition, relators asked that this court compel The Honorable Wesley Ward, Judge of the 234th District Court, Harris County, Texas, (1) vacate his March 31, 2014 order overruling relators' special exceptions entered in trial court cause number 2012-30972, styled *Starstream Capital, LLC, et al. v. L. Charles Moncla, Jr., et al.*; (2) grant the special exceptions; (3) strike real parties in interest's pleadings; and (4) dismiss the case with prejudice.

On June 2, 2014, relators informed this court that the parties have agreed to settle the underlying dispute, subject to the execution of a mutually acceptable settlement agreement. Accordingly, we issue the following order:

The original proceeding is abated for a period of thirty days from the date of this order, at which time the parties are directed to advise the court of the status of the settlement. The original proceeding is treated as a closed case, and removed from this court's active docket. The original proceeding will be reinstated on this court's active docket when the parties file a motion to dismiss the original proceeding or other dispositive motion. The court also will consider an appropriate motion to reinstate the original proceeding, or the court may reinstate the original proceeding on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.